UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x
CONNIE NETHERLAND; CLARA NEWTON; :
CHRISTINE NICHOLS; MADELYN :
NORMAND; DELLA NORRIS; OPAL :
PAULETTE NUCKOLLS; DARLINE NUNEZ; :
JULIA NUNLEY; DORIENE OLIVER; RITA :
O'NEAL; MELANIE ORY; CHERYL ORY; :
ROBIN PALMER; CARL PAOLUCCI; :
SUZANNE PARETI; TYNEL PARFAIT; :
BEATRICE PARKER; LEE ALMA PATRICK; :
JESSIE PEARSON; FRAN PEARSON, :
    :
    Plaintiffs, :   Civil Action
v. :   No. 04-11209-GAO
    :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
    :
    Defendants. :
------------------------------------ x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 24, 2004
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.